UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

                Plaintiff,

    v.

PAUL PASTOR, CHAD DICKERSON, and JOHN DOE OFFICERS 1-3,

                Defendants.

No. C12-5183 RBL/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint. ECF No. 11. Also before the Court is Defendants' Motion to Dismiss. ECF No. 17. Plaintiff seeks to amend his complaint to drop his claims against Defendants in their "official capacities" because he has learned that "neither the state nor its officials acting in their official capacities are persons" who can be held liable under 42 U.S.C. 1983. ECF No. 11.

While the Court would normally allow Plaintiff to amend his complaint to drop his official capacity claims, the proposed amendment does not address the issues raised in the pending motion to dismiss. In a separate Report and Recommendation, the undersigned discusses deficiencies in Plaintiff's complaint and recommends to the District Court that Plaintiff be given an opportunity to amend his complaint to cure those deficiencies. When Plaintiff submits his amended complaint, Plaintiff may simply omit any claims against Defendants in their "official capacities". Therefore, Plaintiff's current motion to amend shall be denied at this time.

ORDER DENYING MOTION TO AMEND - 1

It is, therefore, **ORDERED:**

(1) Plaintiff's motion to amend (ECF No. 11) is **DENIED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  20th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION TO AMEND - 2