UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

                Plaintiff,

  v.                                   No. C12-5183 RBL/KLS

PAUL PASTOR, CHAD DICKERSON,    **ORDER ADOPTING REPORT AND**
and JOHN DOE OFFICERS 1-3,          **RECOMMENDATION**

               Defendants.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    Defendants' motion to dismiss (ECF No. 17) is **DENIED.** Plaintiff may amend his complaint to cure the deficiencies noted in the Court's Order. shall file his amended complaint **on or before August 1, 2012.**

    3)    All discovery in this matter is **STAYED** pending further order of the court.

    4)    This matter is **re-referred** to the Honorable Karen L. Strombom, United States Magistrate Judge.

    5)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 16th day of July, 2012.

                                               Ronald B. Leighton
                                               United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1