UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILLARY WALLS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PASTOR, CHAD DICKERSON,<br><br>　　　　　　　　　Defendants. | No. C12-5183 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss (ECF No. 28) is **GRANTED;** Plaintiff's claims are **Dismissed with Prejudice.**

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 5th day of November, 2012.

　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1