UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

                Plaintiff,

   v.

PAUL PASTOR, CHAD DICKERSON,

                Defendants.

No. C12-5183 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation.

2)     Defendants' Motion to Dismiss (ECF No. 28) is **GRANTED;** Plaintiff's claims are **Dismissed with Prejudice.**

3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 5th day of November, 2012.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1